E-FILED
Friday, 07 October, 2011 01:56:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| JEREMY DROEGE et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 11-CV-1214 |
| JB HUNT TRANSPORT, INC., et al., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendants' Motion to Dismiss (d/e 10). This matter has been referred for a Report and Recommendation. Defendants move to dismiss for lack of subject matter jurisdiction. Motion ¶¶ 3-8. Plaintiffs concede that the Court lack jurisdiction, but ask that the Court dismiss the matter without prejudice. Plaintiffs' Response to Defendants' Motion to Dismiss (d/e 11), at 2-3. Dismissal without prejudice is appropriate when the Court lacks jurisdiction. Fed. R. Civ. P. 41(b).

WHEREFORE, this Court recommends that the Defendants' Motion to Dismiss (d/e 10) should be ALLOWED and this matter should be dismissed without prejudice.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after service of an ECF copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. See <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See <u>Local Rule</u> 72.2.

ENTER:     October 7, 2011

                    <u>s/ Byron G. Cudmore</u>
                    BYRON G. CUDMORE
          UNITED STATES MAGISTRATE JUDGE