E-FILED
Tuesday, 25 October, 2011  01:02:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY DROEGE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 11-1214 |
| | ) |
| JB HUNT TRANSPORT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 7, 2011, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than 14 days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiffs have brought this litigation alleging that they were injured as a result of a head-on collision with a semi-truck driven by an employee of Defendant JB Hunt. Defendants moved to dismiss the Complaint, arguing that the parties are not of completely diverse citizenship and that Plaintiffs have therefore failed to establish subject matter jurisdiction in this Court. Plaintiffs conceded this assertion, and the Magistrate Judge

recommended that the Complaint be dismissed without prejudice.  The Court concurs with the Magistrate Judge's recommendation.

Accordingly, the Court now adopts the Report & Recommendation [#12] of the Magistrate Judge in its entirety.  Defendant's Motion to Dismiss for Lack of Jurisdiction [#10] is GRANTED.  This matter is now DISMISSED WITHOUT PREJUDICE.

ENTERED this 25th day of October, 2011.

s/ James E. Shadid
James E. Shadid
United States District Judge